1. 19-50089 Green v. Stone, et al. No. 5:18-CV-1014-AL (SA)
5:22-CV-01200-XR                                    Page 1 of 10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS. ART. III, §2
2102 W. Nueva St, Suite 1400
San Antonio, Texas 78207

2. Lowell Quincy Green v. Warden v. Davis, Warden Roger Boyd, Warden Phonso Rayford Connally Unit Classification Chief, Capt. Winford, Sgt. Hinman, Sgt. Martinez (Safe Prison) Warden Puenta, State Classification, Parole Board 2033 Independence St Building #2189 Beeville, Texas 78102. Cases Fourth Court of Appeals San Antonio, Texas Court of Criminal Appeals (11/4/2022) Article 11.07 Writ of Habeas Corpus has been received and presented to the Court. Clerk Deanna Williamson... SA22CA1332

3. I. JURY DEMAND PUNITIVE DAMAGES. IMMEDIATE RELEASE FROM "CRUEL AND UNUSUAL PUNISHMENT" ILLEGAL AND UNAUTHORIZED BY LAW. The Defendants are sued "under color of state law", individually. (Vernon Art. VI of the United States Constitution Mandate (Supreme Law of the Land) explicitly states

Page 1, see other side

that the Constitution and Federal laws are the Supreme Law of the Land. It dictates state law and policy is void if it directly conflicts with Federal law.

II  JURISDICTION AND VENUE

4  This is a Civil action authorized by 42 USC § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 USC § 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC § 2201 and 2202. Plaintiff seeks claims for injunctive relief are authorized by 28 USC § 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedures. Plaintiff include Defendants UTMB Contract Medical Connally, Debra Door Senior Practice Manager UTMB Correctional Managed Care. Administrative Grievance # 2022119839. (9/3/2022 / signature Authority, 3:22-CV-01248 Received 10/19/2022 Mail Box Rule, 5:22-CV-01280-XR and Pill Nurse Urban (PM) Spanish (Female) Ad/Seg (PM) Nurse. FALSIFICATION

Page 2.

OF MEDICAL RECORDS: LOWELL DEQUINCY GREEN, Patient. Medical Copay $13.55.

5. Plaintiff request to Amended the suit with 19-50089 Lowell Quincy Green v. Fourth Court of Appeals, USDC NO. 5:18-CV-1094(W.D.Tex Feb. 08, 2019) Document #3. 28 USC § 1915(a). U.S. Congress Judiciary and Judicial Procedure § 1915(a) Title 28 USC §§ Proceedings in forma pauperis (a)(1) Subject to subsection (b), and Court of the United States may authorize the Commencement (FALSE IMPRISONMENT) LOWELL DEQUINCY GREEN TDC #518622 ACCOUNT (8/28/1989) ESTABLISHED TRUST FUND (30) YEARS (05-89-01170-CR) Dallas Fifth Court of Appeals. AFFIRMED 283d Dist Court (August 10, 1989) Cause no. F89-97008-HT (UUMV) Tex Penal Code Ann. § 31.07 (3753 Bernal) Drive Dallas Texas 75212. May 23, 1989, Green v. State, NO. 05-89-01170-CR (Tex. App - Dallas June 11, 1990) affirmed. PDR-0590-92 (Tex. Crim. App. Dec. 12, 1990) refused. LOWELL DEQUINCY GREEN, 518622. (WR-82,981-M) Lowell Quincy Green, 19-50089. Records on habeas Corpus WR-82,981-02)(54th) Dist. Court McLennan County, Texas C~~REASED~~ 2012-704-22, ~~scratched out~~.

Page 3, see other side

Aggravated Robbery with a deadly weapon to wit: a firearm or BB Handgun, April 11, 2012 (void) Double Jeopardy, Grand Jury Mclennan County

6. April 18, 2012, Cause no. 2012-790-22 Aggravated with a deadly weapon to-wit: a firearm or BB Handgun (Void) Double Jeopardy.

7. April 18, 2012 Cause no. 2012-791-22 Aggravated Robbery with a deadly weapon to-wit: a knife (Void) (illegal) Life Sentence, 04-13-00456-CR San Antonio Fourth Court of Appeals, (1994-6542) F8497008-Hr, Chief Justice Catherine Stoney and Justice Chapa RR vol. 2 page 12.) ~~~~~~~~

May 13, 2013 JURY TRIAL (PDR-0343-14)

⑧ (6:15-CV-2857) Green v. Stephens (W.D. 9/15/2015) Records and Exhibits, 16-50022 on file (entered) Sept. 15, 2015, S.D. Tex, Houston Division Clerk David J. Bradley, Hon. Erwing Werlein, Jr. Assigned Judge, Ordered inter district transfer W.D. Tex. Waco Division Sept. 15, 2015. Judge Walter S. Smith Jr, Jeffrey C. Manska, Robert L. Pitman) Denied. COA 16-50522. Prado, Reavely, Graves (Miscarriage of Justice). See 42 USC § 1983 6:16-CV-424, 17-50165 CF, 17-50648

Page 4.

1. 6:17-cv-92 (same) (claim 6) 42 USC §1983 NO. 5:18-cv-1094 (S.A.) 19-50089. See 28 USC 2254P. 6:17-cv-295, 17-50973 5th Cir. March 23, 2018 Jerry E. Smith, Clements, Haynes (Miscarriage of Justice) illegal restraint. WR-82,981-02 (Cr. App. April 1, 2015) ~~RGR~~

9. PR-0343-14 (FRAUD) 600 Austin Ave #12 Waco, Texas 76701 Attorney At Law Stan Schwieger. Appeal No. 04-13-00456-CR San Antonio Fourth Court Appeals. 5:18-cv-1094,

10. ~~4P-50089~~. Consolidate (All) In the interest of justice 19-50037 Green v. Finch, NO. 6:18-cv-313 (WR-82,981-02) ~~WR-82,981~~ (2012-709-22) WR-82,981-12 (2012-709-22) (WR-82,981-14) WR-82,981-15 (2012-709-22) WR-82,981-16 (2012-709-22, 2012-790-22, 2012-791-22) 8/16/2022 McLennan County Courthouse District Clerk Jon R. Gimble has not entered

11. ~~appealed~~ WR-82-981-17, EXHIBIT A OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS P.O. BOX 12308, CAPITAL STATION, AUSTIN, TEXAS 78711  11/4/2022 ~~DENIED~~

Page 5, See other side

Page 5 of 10

GREEN, LOWELL QUINCY TR. Ct. NO. 2012-709-22
WR-82,981-17 On this day, the application
for 11.07 writ of Corpus has been received.
Filed by State Counsel Douglas Maya, Tonya
Peterson, Innocence Tulu P.O. Box 4005, Huntsville,
Texas 77342 and presented to the Court.
Deanna Williamson, (5:22-v-01248-XR)
(Recorder) 6:15-cv-285 of the Court
illegal life sentence Skinny's Convenience
Store, March 24, 2012, Sentence May 15, 2015,

(12) 6:15-cv-306 (illegal) 25 years (3/19/2012) Sentence
(9/16/2013)(2012-790-22) WR-82,981-03, 16-51068,
6:16-cv-419-RP 17-50690 (10-16-00439-cv) WACO
(WR-82-981-11)(4:20-cv-2585) S.D. TX
22-2013 (5th cir) (10/2022) Carl E. Stewart
(Miscarriage of Justice) EXHAUSTION OF REMEDIES)
(2012-790-22) #12-5431 (EXHIBIT) on FILE

(13.) 6:16-cv-290 (illegal) 25 years (2012-791-22)
(2/05/2012) Skinny's Convenience Store
Robinson, TX.  9/16/2013, WR-82,981-04
(10-16-00440-cv) WACO 1/11/2017

14. Green V. USA. 4:18-cv-2435. (S.D. 7/2018)
page 8, see other side

Hon. Gray H. Miller, Assigned to this Civil Rights Action (2012-791-C2) (indictment/judgement) WR-82,981-04 (S.D.T2 9/15/2016) with all Documents (6:16-cv-290) Robert L. Pitman accepted. 18-50044 Records (10-16-00446-CR) (11/1/2017) 4:18-cv-2435, should have been Green v. State, 4:18-cv-2435

(14.) 4:19-cv-00051 (S.D. Tex. 1/02/2019) Green v. Davis, (Cause no. 1994-654-C) 54th District Court McLennan County @ 12/01/1994), (void) 25 years (1/02/1994) (119 Roger street McGregor, Texas 76657) (Aug. 20, 2019) (Habeas Corpus) 4:19-cv-00051 Hon. Gray H. Miller, Ken Patton, Edward Larry Marshall. No. 6:19-cv-008, Alan D. Albright, No. 6:19-cv-410 Alan D. Albright, No. 6:21-cv-105 Alan D. Albright, No. 6:22-cv-609 Alan D. Albright, 19-50037 (119 Roger street) 6:18-cv-313, Filed

(15.) 3:18-cv-3309 (N.D.TX) (6:22-cv-01248), (5:22-cv-01280-XR) 28 USC §1391.(b)(2) Civil Rights Action. Justiciability. The

Constitution provides that the federal Courts may only resolves "Cases" or "Controversies". U.S. Const. Art. III, § 2. This means that Courts will hear these claims based U.S. District Clerk Lee Ann Diaz Court files and Jeannette Clack files (all) concrete documents belong to Lowell Quincy Green, 6:15-CV-285, 6:15-CV-366, 6:16-CV-290 (VOID) 6:19-CV-008 Mclennan County Tedas (VOID) 54th District Court improperly Cumulation (F82-90247-RV) 291st Dist. Court Dallas County. Lowell DeQuincy Green Aggravated Robbery (10/17/1982) TDCJ#346774 (5) years. (9/21/1982) and cause no. F86-69827-V, 292nd Dist. Court Dallas County (12/16/1986) (6) years TDCJ#440123 (Unauthorize Use motor vehicle) cause no. F89-97008-HT, 283rd Dist. Court Dallas County, Texas (8/10/1989) 30 years (UUMV) (5-23-1989 (05-89-01170-CR) 6/11/1990 (PDR-0592-90) (12/12/1990) WR-82,981-07

(3:18-cv-1459-M-BT) Green v. Loree Dallas,
(N.D.Tex. Dallas May 29, 2018) FALSE IMPRISONMENT,
Ken Paxton, Susan Francis San Miguel, 1940322,

(16) (6:15-cv-285) (Ken Paxton) Susan Francis San Miguel 16-50522 / Prima Facie/case

(17) (6:15-cv-3607 erroneous. 16-51098

(18) (6:16-cv-2907 (erroneous) 18-50044

(19) 6:19-cv-0087 Ken Paxton, Edward Larry Marshall,

(20) (WR-82,981-16) (2012-70922, 2012-79022, 2012-79102)

(21) (WR-82,981-17) (2012-70922)(11/4/2022)

(22) CIVIL RIGHTS. NO. 5:22-CV-01280-XR

JUSTICIABILITY

(23) U.S. CONST. ART. II, §2, ART. II, §3. Reme v. Greary, 501 U.S. 312, 315-16 (1991) Flast v. Cohen, 392 U.S. 83. 94-97 (1968).

(24) I DEMAND IMMEDIATE ACTION, The Court has all of my records, but not taking action. Constitutes violation of civil rights. 1805283242

Page 9, see other side,

Page 10 of 10

A plaintiff has standing to be free of "Cruel and unusual punishment". NO. 3:22-cv-01248 (ALL) Recorded (Documents), shall be produced from the clerks office. The FBI Records DC00000012 TCN WVFBUM02-202111082035I7-EDO-0000-22483 Agency Case - D16B98621312. THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH CONTAINED THE FOLLOWING DESCRIPTION. GREEN, LOWELL QUINCY.

## Conclusion:

25. Plaintiff incorporates paragraph 1 through 24 as though they were stated fully herein color: "CRUEL AND UNUSUAL EXCESSIVE PUNISHMENT ON ITS FACE" Deliberately ignored by officials. Fed Rule of Civil Procedure 8(a)(2).42 USC § 9613(g)(2) Collateral estoppel. The entry of declaratory judgment is mandatory Act of Congress enforcement. 42 USC § 1983. Lowell Green, declare and verify under penalty of perjury that the foregoing information is true and correct. 28 USC § 1746.

Lowell Green

Page 10.   Lowell Green

(41)

# Texas Department of Criminal Justice
## STEP 2   OFFENDER GRIEVANCE

**OFFICE USE ONLY**
Grievance #: _____
UGI Recd Date: _____
HQ Recd Date: _____
Date Due: _____
Grievance Code: _____
Investigator ID#: _____
Extension Date: _____

Offender Name: Lowell Green   TDCJ # 518622
Unit: Connally   Housing Assignment: 12-A-41
Unit where incident occurred: Connally

3:22-CV-01748 ORIGINAL

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because...**

I am dissatisfied with the response Step 1 grievance # 2023023143, Warden Puente, 11/17/2022.

The warden deliberately "ignored" his duties to address my (property) being left in 8L 30 cell when I was escorted to 12Bldg, to go to UTMB by van, at which time, a white Lt (12 Bldg) ordered me to remove my personal boots and T-shirt because I could not wear them to UTMB.

I returned back to Connally Unit... I was placed in 12-A-41. I have not received my personal boots, T-shirt, trial transcripts, commissary. I was written up for "Refusing to Move".

AUTHORITIES:
Tex. Gov't Code § 501.007 "the department may pay for property lost or damaged by the division." PD-22 Rule 23, "Prohibit mistreatment of offenders". Moreover, Warden Puente 11/17/2022 I'll attached O.I.G. Huntsville Complaint #

(OVER)

2100006853 Officer KDS/775. Commitment Records Lowell DeQuincy Green TDC#518622, (30) years. Aug. 10, 1989. 283rd Dist. Court Dallas County, Texas (UUMV) F84-97008-HT, May 23, 1989 Discharged (May 23, 2019) Green v. State, 05-89-01170-CR (Dallas 6/11/1990) Griev.# 2023023143. Violates the Law. Tex. Penal Code 37.09, PD-22 Rule 10

**Offender Signature:** Lowell Green    **Date:** 11/28/2022

**Grievance Response:**

You have to attach the completed step1 to your step 2
(5:22-CV-01248)
5:22-CV-01280-XR

STEP 1 2

**Signature Authority:** _____    **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**
**Initial Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**2nd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**3rd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

Rec'd
11/29/2022

11/4/2022
**GREEN, LOWELL QUINCY**   Tr. Ct. No. 2012-709--C2C          WR-82,981-17
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Deana Williamson, Clerk

LOWELL QUINCY GREEN
CONNALLY UNIT - TDC # 518622
899 FM 632
KENEDY, TX 78119



Louie M. Green #518622
Connally unit
899 FM 632
Kenedy, TX 78119

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
8 DEC 2022 PM 2 L

RECEIVED
DEC 12 2022
CLERK, U.S. DISTRICT [OFFICE]
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ANNETTE FRENCH
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS
262 W. Nueva St. #1-400
San Antonio, Texas 78207

STERLMAIL
OPEN Only in the
Presence of Judge

78207-453150