UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOWELL QUINCEY GREEN, <br> TDCJ #00518622, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN F/N/U DAVIS; ET AL., <br><br> Defendants. | § § § § § § § § § § § | SA-22-CV-1332-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Lowell Quincey Green's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Green's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this 16th day of December, 2022.

FRED BIERY
UNITED STATES DISTRICT JUDGE